Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 10 PM 4:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: EQ

ROSARIO TINA, & JESUS G. TINA,
Pro se

vs

COUNTRYWIDE HOME LOANS, INC.
AMERICA'S WHOLESALE LENDER,
RECONTRUST COMPANY

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 1233 H AJB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

ROSARIO TINA, & JESUS G. TINA
1220 MANCHESTER STREET
NATIONAL CITY, CA 91950
Pnone: 619-5817844

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUL 10 2008
DATE

By (SEAL) LLOYD , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR