# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO TINA, and JESUS G. TINA,<br><br>          Plaintiff,<br>     vs.<br><br>COUNTRYWIDE HOME LOANS, INC.; AMERICA'S WHOLESALE LENDER; and RECONTRUST COMPANY,<br><br>          Defendants. | CASE NO. 08-CV-1233-H (AJB)<br><br>ORDER DECLINING TO GRANT EX PARTE INJUNCTIVE RELIEF AND SETTING BRIEFING SCHEDULE ON TEMPORARY RESTRAINING ORDER |

On July 10, 2008, at 4:35 p.m., pro se plaintiffs Rosario Tina and Jesus Tina ("Plaintiffs") filed the present action along with an ex parte motion for temporary restraining order ("TRO"). (Doc. Nos. 1, 3.) The Court notes that this action appears to be related to 08-CV-1167-JM (NLS) and may be suitable for transfer under Local Civil Rule 40.1(d). That case also involved a lending dispute between Plaintiffs and Countrywide Home Loans, among others.

After reviewing Plaintiffs' papers, the Court declines to grant ex parte injunctive relief at this time and sets the following briefing schedule. Defendants may file an opposition to the motion for a TRO on or before **July 15, 2008 at Noon**. Any defendant entering a special appearance for the purpose of opposing the motion should so indicate in its brief. The Court does not set a hearing date or any other deadlines at

1  this time. Absent a subsequent order to the contrary, the Court shall submit the motion
2  for a TRO on the papers. See Local Civil Rule 7.1(d)(1). If the Court transfers the case
3  to a different judge, the above deadline will remain in effect unless otherwise ordered.
4      IT IS SO ORDERED.
5  DATED: July 11, 2008

          _____
          MARILYN L. HUFF, District Judge
          UNITED STATES DISTRICT COURT

8  COPIES TO:
   All parties of record.