# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Jesus Tina, Rosario Tina

                    Plaintiff,

v.

Countrywide Home Loans, Inc., America's Wholesale Lender; Recontrust Company

                    Defendant

No. 08-CV-1233 H (AJB)

FILED
2008 JUL 14 PM 1:35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE.

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:    "Low Numbered" Case No.    08-CV-1167 JM (NLS)

       Title:    Jesus Tina, Rosario Tina

       Nature of Case:    220 Real Property Foreclosure

The above "low numbered" case and the present case appear

_____ (1)    to arise from the same or substantially identical transactions, happenings or events; or

__X__ (2)    involve the same or substantially the same parties or property; or

_____ (3)    involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or

__X__ (4)    call for determination of the same or substantially identical questions of law; or

__X__ (5)    where a case is refiled within one year of having previously been terminated by the Court; or

__X__ (6)    for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #:    08-CV-1233

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

                                              W. Samuel Hamrick, Jr., Clerk of Court,

DATED:    July 11, 2008        By:    _A. Marshall_

                                                    A, Marshall,

## ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule.

DATED:    7/11/08                      _Jeffrey T. Miller_
                                              Jeffrey T. Miller
                                              United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Jeffrey T. Miller and Magistrate Judge Nita L. Stormes for all further proceedings.

DATED:    7-11-08                      _Marilyn L. Huff_
                                              Marilyn L. Huff
                                              United States District Judge