1  ROBERT E. BOONE III (California Bar No. 132780)
   **BRYAN CAVE LLP**
2  120 Broadway, Suite 300
   Santa Monica, CA 90401-2386
3  Telephone:  (310) 576-2100
   Facsimile:   (310) 576-2200
4  Email:  reboone@bryancave.com

5  STACEY L. HERTER (California Bar No. 185366)
   **BRYAN CAVE LLP**
6  1900 Main Street, Suite 700
7  Irvine, California 92614-7328
   Telephone:  (949) 223-7000
8  Facsimile:   (949) 223-7100
   Email:  Stacey.Herter@bryancave.com

9
10 Attorneys for Defendant
   COUNTRYWIDE HOME LOANS, INC., individually
11 and dba AMERICA'S WHOLESALE LENDER; and
   RECONTRUST COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ROSARIO TINA, and JESUS G. TINA, | Case No. 08 CV 1233 H AJB |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF DEFENDANTS FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| COUNTRYWIDE HOME LOANS, INC.; AMERICA'S WHOLESALE LENDER; RECONTRUST COMPANY, | **[FRCP 6(b) and Local Rule 12.1]** |
| Defendants. | **[Filed concurrently with Memorandum of Points and Authorities and Declaration of Stacey L. Herter]** |

IR01DOCS373953.1

PROPOSED ORDER

1   On July 29, 2008, Defendants COUNTRYWIDE HOME LOANS, INC., individually and dba AMERICA'S WHOLESALE LENDER and RECONTRUST COMPANY (collectively "Defendants") filed an *ex parte* application for an extension of time in which to file their response to the Complaint in the above-entitled action.

The Court has reviewed the *Ex Parte* Application and the opposition, if any, including the briefs and declarations filed by counsel. Good cause exists for the relief requested. The Court rules as follows:

IT IS ORDERED that Defendants' *Ex Parte* Application for Extension of Time is GRANTED and Defendants shall have until and including August 29, 2008 to file and serve a response to the Complaint.

Dated: _____       _____

Honorable Jeffrey T. Miller
United States District Judge