**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSARIO TINA, and JESUS G. TINA,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 08 CV 1233 JM (NLS)<br><br>**ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

For good cause shown, the court hereby **GRANTS** Defendants' application for an extension of time to respond to Plaintiffs' complaint. Defendants' response to the complaint must be filed no later than August 29, 2008.

**IT IS SO ORDERED.**

DATED: July 30, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge