ROBERT E. BOONE III (California Bar No. 132780)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:  (310) 576-2100
Facsimile:   (310) 576-2200
Email:  reboone@bryancave.com

STACEY L. HERTER (California Bar No. 185366)
**BRYAN CAVE LLP**
1900 Main Street, Suite 700
Irvine, California 92614-7328
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100
Email:  Stacey.Herter@bryancave.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC., individually
and dba AMERICA'S WHOLESALE LENDER; and
RECONTRUST COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO TINA, and JESUS G. TINA, | Case No. 08 CV 1233 JM NLS |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | DATE:     October 3, 2008 |
| COUNTRYWIDE HOME LOANS, INC.; AMERICA'S WHOLESALE LENDER; RECONTRUST COMPANY, | TIME:     1:30 PM<br>CTRM:     16 – 5TH Floor |
| Defendants. | |

IR01DOCS373938.1

# CERTIFICATE OF SERVICE
### CCP 1013a(3) Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612. My email address is: cathy.nickol@bryancave.com.

On September 3, 2008, I served the foregoing document described as:

**1. DEFENDANTS COUNTRYWIDE HOME LOANS, INC.'S AND RECONTRUST COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS VERIFIED COMPLAINT AND MOTION FOR MORE DEFINITE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**2. DEFENDANTS COUNTRYWIDE HOME LOANS, INC.'S AND RECONTRUST COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS VERIFIED COMPLAINT AND MOTION FOR MORE DEFINITE STATEMENT**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Mr. and Mrs. Jesus and Rosario Tina
1220 Manchester Street
National City, CA 91950

Mr. and Mrs. Jesus and Rosario Tina
863 Glencoe Drive
San Diego, CA 92114

[ ] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] BY OVERNIGHT DELIVERY - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 3, 2008, at Irvine, California.

Cathy Nickol

377379.1

CERTIFICATE OF SERVICE